ORIGINAL                TA 3/1/06

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF HAWAII

1080037    CR05 00013

| UNITED STATES OF AMERICA vs. KAOPVA, JESSE J  Defendant. | Violation Notice Number(s): R2404626  H40  DUI | Violation Date(s): 02/17/2004 |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 15 2006
at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

**MANDATORY COURT APPEARANCE REQUIRED**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **MANDATORY** may be Forfeited in Lieu of Appearance.

**BAIL FIXED AT $100.00 UNSECURED**

SUE BEITIA, CLERK
BY: _____, DEPUTY CLERK

Date **OCTOBER 5, 2005**

BARRY M. KURREN
*United States Magistrate Judge*
**HON BARRY M. KURREN**

---

RETURN

| RECEIVED | DATE 10/14/2005 | LOCATION 300 Ala Moana |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE 02/15/06 | LOCATION 300 Ala Moana |

Name: Tony Cole   Title: DUSM   District: HI
Date: 2/15/06   Signature: Tony Cole