# AIR FORCE ARRAIGNMENT & PLEA CALENDAR FOR MARCH 01, 2006

UNITED STATES MAGISTRATE BARRY M. KURREN

ORIGINAL

Page 6

| Name | CR Num | CNT | Cit #/Viol Dt | Violation | Disposition |
|---|---|---|---|---|---|
| 23) KAOPUA, JESSE J. ***** Bench Warrant ***** CONT FROM 1/5/05 A & P; CONT FROM 9/7/05 A & P; CONT AS BW MATTER FROM 10/5/05 A & P | CR 05-00013 | | R2404626 H40 02/17/2004 | HRS 291E-61(A)(3) D.U.I. | |

Atty: Timothy McMasters / [illegible]

Deft present: Arm ___ Arm Wvd ✓
Plea NG ___ NJT 4-5-06
Plea Guilty/Adj Guilty ___
BW was previously cancelled

NKJT

Proc Fee $0.00
Fine ___
Total ___
SA

SCANNED

Dated: 03/01/2006

bmk

_____
Magistrate Judge BARRY M. KURREN

APPROVED AND SO ORDERED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

bmk

APPROVED

_____
SAUSA CAPT. ALEXANDRA O'HANLEY