# AIR FORCE TRIAL CALENDAR FOR APRIL 05, 2006

UNITED STATES MAGISTRATE BARRY M. KURREN

**ORIGINAL**

Page 1

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Fine | Disposition SA | Total |
|---|---|---|---|---|---|---|---|---|---|
| T- 1) | MCGUIRE, RUSSELL D. J. | CR 06-00056 | | 0W438785 H41 11/06/2005 | HRS 286-132 DRIVING W/SUSPENDED LICENSE | $0.00 | | NKH | |

CONT AS TRIAL MATTER FROM 2/1/06 A & P

*dft not present continued to 5-3-06 @ 9*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| T- 2) | RODRIGUES, THOMAS JR. | CR 06-00111 | 1 | W440876 H41 12/15/2005 | HRS 291E-61(A)(3) D.U.I. | $0.00 | 150 | ✓ | 150 |

Atty: MATTHEW WINTER, AFPD ✓

Proof of compliance date: 10-10-06
NO CITATION

* 14 hrs. alcohol abuse education/assessment
* 90 days lic suspension: ___ days absolute ___ days to & from work only
* fine, $ ___

*plea guilty or stud. adj. guilty. suspension 2 license alcohol completed mandatory alcohol assessment*

TB-NKH-NC
restitution: 1,639.94 to Kaneohe Marine Corps Base
(Info to Payee Ferdinanco per O'Hanley)

CONT AS TRIAL MATTER FROM 3/1/06 A & P

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| T- 3) | KAOPUA, JESSE J. | CR 05-00013 | | R2404626 H40 02/17/2004 | HRS 291E-61(A)(3) D.U.I. | $0.00 | | NC | |

***** Bench Warrant *****

Atty: MATTHEW HORN, RETAINED ✓

**DISMISSED**

CONT FROM 1/5/05 A & P; CONT FROM 9/7/05 A & P; CONT AS BW MATTER FROM 10/5/05 A & P; CONT AS TRIAL MATTER FROM 3/1/06 A & P

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NC | |

Atty: TIMOTHY MCMASTERS, RETAIN ✓

**DISMISSED**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

Dated: 04/05/2006

APPROVED AND SO ORDERED

Magistrate Judge BARRY M. KURREN

APPROVED

SAUSA CAPT. ALEXANDRA O'HANLEY