ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 2 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ALEXANDRA C. O'HANLEY
Special Assistant U.S. Attorney
15 AW/JA
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 234
Facsimile No.  448-0999
Email:  Ali.O'Hanley@hickam.af.mil

LODGED

JUN 0 1 2006
12:59pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 05-00013 |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| JESSE K. KAOPUA, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses,

without prejudice, the information against JESSE K. KAOPUA, due to unavailable government witnesses currently deployed overseas.

DATED: Honolulu, Hawaii, May 22, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ A C O'Hanley
ALEXANDRA C. O'HANLEY
Special Assistant. U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

_____        JUN 01 2006
UNITED STATES MAGISTRATE JUDGE              DATED

UNITED STATES v. JESSE K. KAOPUA
CR. NO.: 05-00013
Order For Dismissal